# ELECTRONIC RECORD

525-15

COA # 04-14-00344-CR    OFFENSE: SEXUAL ASSUALT

STYLE: CHRISTOPHER ALAN LEMASTER V. THE STATE OF TEXAS    COUNTY: BEXAR

COA DISPOSITION: AFFIRMED    TRIAL COURT: 186TH DISTRICT COURT

DATE: 04/08/15    Publish: NO    TC CASE #: 2013CR2869

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: CHRISTOPHER ALAN LEMASTER V. THE STATE OF TEXAS    CCA #: 525-15

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: 09/16/2015
JUDGE: Per Curiam

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____